UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16CV-00120-GNS

**DARRELL A. DICEY**                                                                 **PLAINTIFF**

vs.

**EQUIFAX INFORMAITON SERVICES, LLC**                          **DEFENDANT**

## ORDER

Pursuant to the Stipulation of Dismissal With Prejudice (DN 4);

IT IS ORDERED that said action is DISMISSED from the docket with prejudice, with each party to bear its own costs.

**Greg N. Stivers, Judge**
**United States District Court**

October 11, 2016

cc:  Counsel of Record